UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN CUNNINGHAM,

                      Plaintiff,

-v-

PORT AUTHORITY OF NY/NJ AGENCY, *et al.*,

                      Defendants.

23 Civ. 2542 (PAE) (JLC)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received *pro se* plaintiff Benjamin Cunningham's motion for reconsideration of the Court's prior order dismissing this action without prejudice. Dkt. 156. Even viewing his filing with the solicitude due a *pro se* party, his motion does not make a coherent legal argument, much less one warranting reconsideration of the Court's prior order. As the Court previously explained, Cunningham has failed to explain "why the Court should allow [him] to litigate this case" despite the filing injunction established in *Cunningham v. USMS*, 05 Civ. 10169, Dkt. 236 (S.D.N.Y. Aug. 2, 2016), *appeal dismissed*, No. 16-3222 (2d Cir. Dec. 27, 2016). Dkt. 153. The Court thus denies his motion for reconsideration. The Clerk of Court is respectfully directed to terminate the motion pending at Docket 156.

    SO ORDERED.

                                                           *Paul A. Engelmayer*
                                                           PAUL A. ENGELMAYER
                                                           United States District Judge

Dated: February 5, 2024
       New York, New York